IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMANDA L. LEBLANC,            )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )        2:23cv114-MHT
                             )            (WO)
PRESCOTT LAYNE ELAM, and     )
JLE INDUSTRIES, INC.,        )
                             )
     Defendants.             )
```

## ORDER

Based on defense counsel's oral representation to the court that the parties have reached a tentative settlement and request that the case be closed temporarily to allow time to consummate the settlement, and based on counsel's representation that plaintiff's counsel agrees with this request, it is ORDERED that:

(1) This case is administratively closed pending the consummation of the settlement and the filing of appropriate documents.

(2) The deadline for filing the Rule 26(f) report is suspended.  *See* Rule 26(f) Order (Doc. 15).

(3) **By June 14, 2023, the parties shall file a joint stipulation of dismissal, a joint motion for entry of judgment, or other appropriate papers.**

**DONE, this the 3rd day of May, 2023.**

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE